IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 5 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | CAUSE NO. SA19CR0413DA |
| v. | COUNT I: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), and 846 – Attempted Possession With Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine. |
| RODRIGO CORTES-GUTIERREZ, | |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT ONE
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii) & 846]

From on or about May 1, 2019, until May 16, 2019, in the Western District of Texas, Defendant,

**RODRIGO CORTES GUTIERREZ**

did knowingly, intentionally and unlawfully attempt to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(ii) & 846.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
ADRIÁN ROSALES
Assistant United States Attorney